UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:16-mj-90 |
| v. | ORDER |
| ROWLAND EDWIN DODGE, JR. | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, supporting Affidavit, Arrest Warrant, this Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation and ensure officer safety until further Order of this Court,

IT IS HEREBY ORDERED that the Criminal Complaint, supporting Affidavit, Arrest Warrant, this Motion to Seal, and any Order issued pursuant thereto be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 14th day of March, 2016.

HON. DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE